# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-o0o-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:13-mj-93-CWH |
| vs. | ) | **ORDER MODIFYING BOND** |
| MITCHELL GARSHOFSKY, | ) | |
| Defendant. | ) | |

The Court conducted an initial appearance hearing on February 8, 2013, at which, Mr. Garshofsky was released on conditions of release (Docket #13). At that hearing the parties stipulated to allowing Mr. Garshofsky to travel to Hawaii on a pre-purchased flight. The Court left the approval of such travel to the discretion of Pretrial Services. Pretrial Services having reviewed and approved Mr. Garshofsky's travel itinerary;

IT IS ORDERED that the Appearance Bond (Docket #13) issued February 8, 2013, is modified for the limited purpose to allow Mr. Garshofsky to travel to Hawaii March 25, 2013 - April 4, 2013. Mr. Garshofsky is prohibited from any travel elsewhere outside of the Continental United States.

IT IS ORDERED that all other conditions of the Appearance Bond (Docket #12) previously imposed, unless subsequently modified, remain in full effect.

DATED this 28th day of March, 2013.

_____
C. W. HOFFMAN, JR.
United States Magistrate Judg