

1

2

3

4

5

6 **UNITED STATES DISTRICT COURT**

7 **DISTRICT OF NEVADA**

8  UNITED STATES OF AMERICA,                    )
                                                )
9                        Plaintiff,             )
                                                )
10            v.                                 )   2:14-CR-097-JAD-(PAL)
                                                )
11  MITCHELL GARSHOFSKY,                         )
                                                )
12                       Defendant.              )

13 **FINAL ORDER OF FORFEITURE AS TO MITCHELL GARSHOFSKY**

14       On May 27, 2014, this Court entered an Amended Preliminary Order of Forfeiture pursuant to

15 Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28,

16 United States Code, Section 2461(c); and Title 18, United States Code, Section 1955(d) and Title 28,

17 United States Code, Section 2461(c) forfeiting property of defendant MITCHELL GARSHOFSKY to

18 the United States of America. Criminal Information, ECF No. 45; Plea Agreement, ECF No. 47;

19 Change of Plea, ECF No. 51; Amended Preliminary Order of Forfeiture, ECF No. 53.

20       IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, pursuant to Fed. R. Crim. P

21 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States

22 Code, Section 2461(c); and Title 18, United States Code, Section 1955(d) and Title 28, United States

23 . . .

24 . . .

25 . . .

26 . . .

Code, Section 2461(c), that the Amended Preliminary Order of Forfeiture (ECF No. 53), listing the following asset, is final as to defendant MITCHELL GARSHOFSKY:

    $244,108.88 in United States Currency.

DATED this 21st day of July, 2014.

 

UNITED STATES DISTRICT JUDGE