**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:14-CR-097-JAD-(PAL) |
| | ) |
| MITCHELL GARSHOFSKY, | ) |
| Defendant. | ) |

**FINAL ORDER OF FORFEITURE**

On May 27, 2014, the United States District Court for the District of Nevada entered an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 1955(d) and Title 28, United States Code, Section 2461(c) based upon the plea of guilty by defendant MITCHELL GARSHOFSKY to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Information and shown by the United States to have the requisite nexus to the offenses to which defendant MITCHELL GARSHOFSKY pled guilty. Criminal Information, ECF No. 45; Plea Agreement, ECF No. 47; Change of Plea, ECF No. 51; Amended Preliminary Order of Forfeiture, ECF No. 53.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from May 24, 2014, through June 22, 2014, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 54.

A Settlement Agreement for Entry of Forfeiture was executed by the parties.  Settlement Agreement for Entry of Forfeiture, ECF No. 48.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 1955(d) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

$244,108.88 in United States Currency.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this .25th day of August, 2014.



_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Mary Stolz, Forfeiture Support Associates Paralegal**,** certify that the following individuals were served with copies of the Final Order of Forfeiture on ____, 2014, by the below identified method of service:

<u>Electronic Filing</u>

Richard A. Wright
Wright, Stanish & Winckler
300 S. Fourth Street, Suite 701
Las Vegas, NV 89101
rick@wswlawlv.com
Counsel for Mitchell Garshofsky

/s/ Mary M. Stolz
Mary M. Stolz
Forfeiture Support Associates Paralegal

3